# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-60836-CIV-ALTMAN/Hunt

**MARIE IACUONE**,

    *Plaintiff*,

v.

**ADMIN RECOVERY, LLC**,

    *Defendant*.

_____/

### ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 11]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED with prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of July 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record